IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CHARONIS, | Docket No. 2:23-cv-456-RJC |
| *Plaintiff,* | Civil Action |
| v. | |
| FIRST CHURCH OF CHRIST, SCIENTIST, PITTSBURGH, | |
| *Defendant.* | JURY TRIAL DEMANDED |

## **MOTION TO DISMISS**

AND NOW, comes the Defendant, First Church of Christ, Scientist, Pittsburgh, by and through its attorneys, Obermayer Rebmann Maxwell & Hippel, LLP, Andrew J. Horowitz, Esquire, and Mary A. Shahverdian, Esquire, and hereby move to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6), with prejudice, for failure to state a claim, as set forth in the concurrently filed memorandum in support.

WHEREFORE, Mr. Charonis's Complaint must be dismissed with prejudice. A proposed order is attached.

Dated: April 21, 2023          Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

*/s/Amdrew J. Horowitz, Esq.*
Andrew J. Horowitz, Esq
Pa. Id. No. 311949
andrew.horowitz@obermayer.com
Mary A. Shahverdian, Esq.
Pa. Id. No. 329048
mary.shahverdian@obermayer.com
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
Telephone:   (412) 566-1500
Facsimile:    (412) 281-1530

4870-8501-4108 v1

*Counsel for Defendant First Church of Christ, Scientist, Pittsburgh*