IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CHARONIS,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CHURCH OF CHRIST, SCIENTIST, PITTSBURGH,<br>Defendant. | Civil Action No. 2:23-cv-456-RJC |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: October 30, 2023

cc: All Counsel Currently of Record

David Charonis
1151 Freeport Road, Suite 104
Pittsburgh, PA 15238